RAILROAD COMPANY v. MICHAEL J. WALSH and Others, Together Constituting the State Tax Commission. (City of Albany.) Assessments for the Year 1920. — Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY v. EGBURT E. WOODBURY and Others, Together Constituting the State Board of Tax Commissioners. (City of Corning.) Assessments for the Years 1909, 1910, 1911. THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY v. THOMAS F. BYRNES and Others, Together Constituting the State Board of Tax Commissioners. (City of Corning.) Assessments for the Years 1912, 1913. THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY v. MARTIN SAXE and Others, Together Constituting the State Tax Commission. (City of Corning.) Assessments for the Years 1915, 1917. THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY v. WALTER H. KNAPP and Others, Together Constituting the State Tax Commission. (City of Corning.) Assessments for the Years 1918, 1919. THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY v. MICHAEL J. WALSH and Others, Together Constituting the State Tax Commission. (City of Corning.) Assessments for the Year 1920. THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY v. WALTER W. LAW, JR., and Others, Together Constituting the State Tax Commission. (City of Corning.) Assessments for the Years 1921, 1922.— Motion granted.

JOSEPH PERINET, as Administrator, etc., of WILLIAM E. TETREAULT, Deceased, Appellant, v. CENTRAL VERMONT RAILWAY COMPANY, Appellant.— Order modified by providing that the condition of the denial of the motion shall be the filing of a stipulation, within thirty days after entry of this order, to reduce the verdict to $30,000 in place of $37,000, and as so modified unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK POWELL, Respondent, v. TOWN OF SENECA and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ESTHER PRITCHARD, Respondent, v. NORTON BROTHERS, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the deceased employee was employed by a contract made in the State of Vermont to perform labor in that State, under supervision exercised in that State, and that the State Industrial Board had no jurisdiction. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN G. PROBE, Respondent, v. A. S. PETTIT & SONS, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CHRISTINE DREHER RAHM, Respondent, v. ROCHESTER, LOCKPORT AND BUFFALO RAILROAD COMPANY and Another, Appellants.—Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ELLEN REHELL, Respondent, v. F. G. SHATTUCK COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.